IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 3:19mj46 |
| | ) |
| v. | ) |
| | ) |
| **MAHMOUD L. MOHAMED,** | ) |
| | ) |
| *Defendant.* | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, MAHMOUD L. MOHAMED, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

(Citation No. 7311006)

On or about January 18, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, MAHMOUD L. MOHAMED, did recklessly operate a motor vehicle on the highways of

Virginia at a speed of twenty miles per hour or more in excess of the applicable maximum speed limit, to wit: 47 miles per hour in a posted 25 miles per hour zone. (In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-862(i).)

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By: _____/s/_____
      Matthew S. Rich
      Special Assistant United States Attorney
      United States Attorney's Office
      919 East Main Street, Suite 1900
      Richmond, VA 23219
      Phone: (804) 765-1542
      Fax: (804) 765-1950
      matthew.s.rich7.mil@mail.mil